

310491
**Law Firm Ref#: pokorni**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DAN POKORNI,                                                          Case No.: **1-21-cv-06703**

                    **Plaintiff**
          **VS**

EDDIE CALDWELL and MUSIC OF THE SEA, INC.,

                    **Defendant**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Christopher Moore** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Eddie Caldwell**

,I, Non-Served the within named **INDIVIDUAL/ENTITY on 1/20/2022 at 12:26 PM**

TYPE OF PROCESS: **Alias Summons in a Civil Case; Complaint**

ADDRESS WHERE ATTEMPTED: **2631 Indiana Avenue, #1509, Chicago, IL 60616**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 1/20/2022 at 12:26 PM | This is a multi unit apartment building with a storefront. I spoke with the property manager, Gwendolyn (No last name provided) (Female, Black, 48-58 years old, 5'6", 185 lbs, Brown hair) who stated that the subject is not a tenant in the building and that she has never heard of them. Therefore, I was unable to locate the subject and effectuate service. |

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of _Illinois_                          Christopher Moore, Process Server
County of: _Cook_                            Dated: _1/27/22_
This instrument was subscribed and sworn before me on _1/27/22_ (date)
By _Christopher Moore_ (name/s of person/s)

Signature of Notary Public

**OFFICIAL SEAL**
**DANIEL A ALLENSON**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/16/2025

It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

310491

# EXHIBIT A



310496
**Law Firm Ref#: pokorni**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DAN POKORNI,                                                    Case No.: **1-21-cv-06703**

            **Plaintiff**
     VS

EDDIE CALDWELL and MUSIC OF THE SEA, INC.,

            **Defendant**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Christopher Moore** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of It's Your Serve, Inc.,
Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Music of The Sea Inc., c/o Eddie Caldwell, Registered Agent**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 1/20/2022 at 12:26 PM**

TYPE OF PROCESS: **Alias Summons In a Civil Case; Complaint**

ADDRESS WHERE ATTEMPTED: **2631 Indiana Avenue , #1509, Chicago, IL 60616**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 1/20/2022 at 12:26 PM | This is a multi unit apartment building with a storefront. I spoke with the property manager, Gwendolyn (No last name provided) (Female, Black, 48-58 years old, 5'6", 185 lbs, Brown hair) who stated that the subject is not a tenant in the building and that she has never heard of them. Therefore, I was unable to locate the subject and effectuate service. |

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of ___Illinois___

County of: ___Cook___

Christopher Moore, Process Server
Dated: ___1/27/22___

This instrument was subscribed and sworn before me on ___1/27/22___ (date)

By ___Christopher Moore___ (name/s of person/s)

_Signature of Notary Public_

**OFFICIAL SEAL**
**DANIEL A ALLENSON**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/16/2025

It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

310496

 

Home    My Network    Jobs



# Eddie Caldwell · 3rd
## CEO And Founder Of Music Of The Sea Inc.

- Music Of The Sea Inc.

Greater Chicago Area · **Contact info**

**4,280** followers · **500+** connections

Follow    🔒 **Message**    More

## About

Eddie Caldwell is the CEO and founder of Music Of The Sea Inc, music catalog consisting of 1700+ major and indie artists, composers and 200,000+ high quality songs and cues. Beyond his own record label, Eddie also represents other labels internationally.

...see more

## Activity
**4,280 followers**

+ Follow

**Eddie Caldwell** posted this • 1w

 In A Few Days! "Madea" is Coming Back! And that means we have some Lit music featured as Usual! Including the Legendary M C Lyte from our Roster! S/O to Tyler P, Lionsgate, Netflix, M C Lyte, M Warner, Sami P, and

 15            1 comment

EXHIBIT B



## Eddie Caldwell                                                    ✕

### Contact Info

**Eddie's Profile**

linkedin.com/in/6ft7musicman

**Website**

musicofthesea.com   (Personal Website)

**Twitter**

6ft7musicman





14



# Eddie Caldwell

Add Friend    💬 Message

Posts    About    Friends    Photos    Videos    Check-ins    More ▾    •••

## About

Overview

Work and education

Places lived

Contact and basic info

Family and relationships

Details About Eddie

Life events



EXHIBIT C

  

 No contact info to show

## Websites and social links

 http://mendeleevvodka.com/
Website

http://www.musicofthesea.com/
Website

 6ft7musicman
Instagram

 musicofthesea
Instagram

 musicofthesea
Twitter

 6ft7musicman
Twitter

## Basic info

 Male
Gender

## Photos

Eddie's Photos     Albums

   

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

*Department of Business Services*
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.ilsos.gov

Payment must be made by check or money
order payable to Secretary of State.

# FILED

FEB 07 2022

**JESSE WHITE**
**SECRETARY OF STATE**

Filing Fee: $10       File #: _6696838_       Approved: _SW_

———— Submit in duplicate ———— Type or Print clearly in black ink ———— Do not write above this line ————

1. Title and Number of Case:

   DAN POKORNI, _____       first named plaintiff

   v.

   EDDIE CALWELL, ET AL. _____       first named defendant       Number: 21-CV-06703 _____

2. Name of corporation being served: _Music of the Sea_ Inc. _____

3. Title of court in which an action, suit or proceeding has been commenced: _Northern District of Ill Eastern Div._

4. Title of instrument being served: _Complaint and Summons_   ~~ALIAS~~

5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ , _____ ; the conditions
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

      _____ , _____
      Month Day        Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: _16927 Ingleside Avenue, South Holland, IL 60473_

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____       January 27 _____       2022 ____
   Signature of Affiant                 Month Day                  Year

   ( 312 ) 236-0606
   Telephone Number

   **TENDERED CHICAGO**
   **CORP. DEPARTMENT**

Return to (please type or print clearly):

   Wayne B. Giampietro
   _____
   Name

   123 W. Madison, Suite 1300
   _____
   Street

   Chicago, IL 60602
   _____
   City/Town          State   Zip

FEB 01 2022

ACCEPTANCE AND "FILED" DATE
ESTABLISHED ONLY AFTER
REVIEW

Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11

# EXHIBIT D

## INSTRUCTIONS

Deliver to the Secretary of State:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Affidavit of Compliance for Service on Secretary of State; and
4. $10 fee.

This affidavit will be stamped with the date of filing and returned to the affiant as the only proof of filing.

After proof of filing has been received, transmit to the corporation being served by CERTIFIED or REGISTERED mail:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Copy of filed Affidavit of Compliance for Service on Secretary of State.

Transmittal to the corporation being served shall be:

1. At the last registered office of the corporation as shown on the records of the Secretary of State,

AND

2. At such address the use of which the person instituting the action, suit or proceeding knows, or on the basis of reasonable inquiry has reason to believe, is most likely to result in actual notice.

7010 1870 0000 1379 6925

CERTIFIED MAIL

# USPS FIRST CLASS MAIL®

**1**

$8.56 US POSTAGE
4 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
RETAIL

stamps
endicia
02/10/2022

0623003966669001
5208625
FROM 60602

Wayne B. Giampietro
Poltrock & Giampietro
123 W. Madison Ave, Suite 1300
Chicago IL 60602

SHIP
TO:

Mr Eddie Caldwell
Registered Agent, Music of the Sea, Inc.
16927 Ingleside Avenue
South Holland IL 60473-3064

C013

USPS CERTIFIED MAIL™

9414 7116 9900 0900 0865 29

7010 1870 0000 1379 6925

- R-T-S - 60473507C-1N 02/19/22

ᑌᑎᏆᏆᏞᎬ TO FORWARD
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

## USPS FIRST CLASS MAIL®

**1**

$8.56 US POSTAGE
4 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
RETAIL

C013

0625000956001
5208625
FROM 60602

stamps
endicia
02/10/2022

Wayne B. Giampietro
Poltrock & Giampietro
123 W. Madison Ave, Suite 1300
Chicago IL 60602

SHIP
TO:

Mr Eddie Caldwell
Registered Agent, Music of the Sea, Inc.
16927 Ingleside Avenue
South Holland IL 60473-3064

USPS CERTIFIED MAIL™

9414 7116 9900 0900 0865 29

EXHIBIT E