UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

Dan Pokorni

                Plaintiff,

v.                                           Case No.: 1:21−cv−06703
                                                                       Honorable Franklin U. Valderrama

Eddie Caldwell, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 16, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, Plaintiff's motion for alternative service of process on Defendant Eddie Caldwell [6] is granted; Plaintiff may serve defendants via e−mail, messages via the websites listed in Plaintiff's motion, regular mail, and publication. The Clerk is directed to issue alias summonses. Once served, Plaintiff shall file affidavits of service. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.