UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Dan Pokorni
                        Plaintiff,

v.                                                       Case No.: 1:21−cv−06703
                                                            Honorable Franklin U. Valderrama

Eddie Caldwell, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2022:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's unopposed motion to continue date for joint status report [36] is GRANTED; no joint status report needs to be filed. To clarify, the Court did not adopt the portion of the previous Magistrate Judge's order requiring a joint status report every three months [15]. Rather, the Court will order further joint status reports as necessary. Additionally, Plaintiff's motion to change status date [35] is DENIED as moot, given that the Court already continued the status hearing to 9/29/22 at Plaintiff's request. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.