# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dan Pokorni

                  Plaintiff,

v.                                                 Case No.: 1:21−cv−06703
                                                      Honorable Franklin U. Valderrama

Eddie Caldwell, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 2/21/2023 and continued to 3/23/2023 at 11:45 a.m. The parties report that they are still diligently working on executing a settlement agreement. All discovery deadlines are stayed to allow the parties to complete settlement. To join the telephone status hearing on 3/23/2023, dial 888−273−3658 and enter access code 2217918. The status hearing will be cancelled, and no one need call in if a stipulation to dismiss is filed with the District Judge prior to the hearing. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.