## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dan Pokorni

                Plaintiff,

v.                                             Case No.: 1:21−cv−06703
                                                       Honorable Franklin U. Valderrama

Eddie Caldwell, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 27, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: The parties have filed a stipulation to dismiss [46], all matters relating to the referral being completed, the referral is closed and Magistrate Judge Beth W. Jantz is no longer on the case. Status hearing set for 4/11/23 is stricken. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.